IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW HOUSTON : CIVIL ACTION
:
v. :
:
ORAL SURGERY CONSULTANTS OF : NO. 15-3367
PENNSYLVANIA :

**ORDER**

AND NOW, this 18th day of June, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

WENDY BEETLESTONE, J.